DISMISSAL FORM FOR CRIMINAL CASES ON ANT'S MOTION/OR WD NOA 




 NO. 12-02-00320-CR



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




DELDRICK SHERMAN ANTHONY,
§
 APPEAL FROM THE SECOND

APPELLANT


V.
§
 JUDICIAL DISTRICT COURT OF


THE STATE OF TEXAS,

APPELLEE
§
 CHEROKEE COUNTY, TEXAS







PER CURIAM


 Appellant has filed a motion to dismiss this appeal. The motion requests that Appellant's
notice of appeal be withdrawn and is signed by Appellant and his counsel. No decision having been
delivered by this court, the motion is granted, and the appeal is dismissed in accordance with Texas
Rule of Appellate Procedure 42.2.

Opinion delivered December 31, 2002.

Panel consisted of Gohmert, Jr., C.J., Worthen, J., and Griffith, J.




(DO NOT PUBLISH)